No. 1609, Misc.  ZIMMERMAN *v.* WARDEN, MARYLAND HOUSE OF CORRECTION.  C. A. 4th Cir.  Certiorari denied.  *H. Thomas Howell* for petitioner.

No. 1612, Misc.  ROZIER *v.* FORDON, PAROLE ADMINISTRATOR, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 1617, Misc.  NELSON *v.* KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 1618, Misc.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.  *Frank L. Cowles, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 1619, Misc.  SCHACK *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 1620, Misc.  CRAIG *v.* NEW JERSEY.  Sup. Ct. N. J. Certiorari denied.

No. 1622, Misc.  FURTAK *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 1630, Misc.  CANCEL *v.* DELGADO.  C. A. 1st Cir. Certiorari denied.

No. 1631, Misc.  RODRIGUEZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 1636, Misc.  PATRICK *v.* PEYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.